UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Richard Alan Cole ,
      Debtor

Chapter: 7
Case No: 24−12235
Judge Janet E. Bostwick

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It is hereby **ORDERED** that Mark G. DeGiacomo, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date: 2/7/25

By the Court,

Janet E. Bostwick
U.S. Bankruptcy Judge